NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-903

GEOGARY RICE, ET VIRE

VERSUS

CAPITAL  CITY INSURANCE COMPANY, ET AL.

**********
APPEAL FROM THE
PINEVILLE CITY COURT
PARISH OF PINEVILLE CITY COURT, NO. 4-0114
HONORABLE JESSE PHILLIP TERRELL, JR., CITY COURT JUDGE

**********

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, John D. Saunders, and Oswald A. Decuir, Judges.

AFFIRMED.

Bret Christopher Beyer, Sr.
Hill & Beyer
P. O. Box 53006
Lafayette, LA 70505-3006
Telephone:  (337) 232-9733
COUNSEL FOR:
    Defendants/Appellants - Capital City Insurance Company, Tyco Equipment
    Company, Inc. and Jason W. Laborde

Jerold Edward Knoll, Jr.
The Knoll Law Firm, LLC
P.O. Box 426
Marksville, LA 71351-0426
Telephone:  (318) 253-6200
COUNSEL FOR:
    Plaintiffs/Appellees - Geogary Rice and Marie Lotts Rice